Mark T. Domeyer, Esq.
CA Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 08-67142

Attorneys for Secured Creditor
COUNTRYWIDE HOME LOANS, INC.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In Re,

FERNANDO TOPETE AND MARIA CRUZ
TOPETE, FKA MARIA CRUZ FLETE,

Debtor(s).

BK No.: 08-42126 EJ

Chapter 13

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

Bankruptcy Rules, Secured Creditor, COUNTRYWIDE HOME LOANS, INC., requests that all

notices given in this case and all papers served or required to be served in this case (including,

but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and

Trustee's No-Asset Report), be given to and served upon the undersigned at the following

address and telephone number.

Mark T. Domeyer, Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
PH (714) 481-9100

Dated:  06-04-08

MILES, BAUER, BERGSTROM & WINTERS, LLP

By:    /s/ Mark T. Domeyer, Esq.
       Mark T. Domeyer, Esq.
       Attorney for Secured Creditor

(08-67142/ndrfsn.dot/rma)

1