```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-42126 MEH** |
| **FERNANDO TOPETE and MARIA CRUZ TOPETE,** | **Chapter 13** |
| Debtors. | **OBJECTION TO CLAIM #12-2 OF eCAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NEVADA AND OPPORTUNITY FOR HEARING** |

The undersigned objects to allowance of Claim No. 12-2 filed by eCAST Settlement Corporation, Assignee of HSBC Bank Nevada

    ( )  For any amount

    (X)  Except as an unsecured claim for $5,201.74.

    ( )  Except as a secured arrearage claim for $_____.

    ( )  Except as an unsecured non-priority claim for $_____.

for the following reason:

Debtors have modified their plan to surrender the collateral securing the claim.

Dated: June 13, 2013               /s/ Anne Y. Shiau
                                      ANNE Y. SHIAU
                                      Attorney for Debtors